In the Matter of the Will of MARY A. COOPER, Deceased. NATALIE C. JEMAIL et al., Appellants; MARGUERITE C. BUCKBEE et al., Respondents.

Argued November 28, 1938; decided January 3, 1939.

*Charles H. Kelby* and *Elmer W. Maher* for appellants.

*Edmund J. Pickup* for Marguerite C. Buckbee, respondent.

*Edward O. Werner* and *John Edmond Hewitt* for George F. Warren, Jr., as trustee, respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN and FINCH, JJ. Dissenting: HUBBS and RIPPEY, J